# Third District Court of Appeal

## State of Florida

Opinion filed September 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0812
Lower Tribunal No. F02-21849
_____

**Isaiah D. Kelly,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Isaiah D. Kelly, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before LOGUE, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>Phillips v. State</u>, 834 So. 2d 272, 274 (Fla. 5th DCA 2002) ("We conclude the state attorney can choose to request the removal of a PRR designation on a defendant, when the defendant, in a 3.800(b) motion to correct his sentence, points out that he cannot receive both the enhancement of PRR punishment and consecutive sentences.").